United States district Court district of mont missoula div.

Seth Williams

_____ V. _____
Plaintiff

Mayor Paul Briney
commissioner Gale Decker
commissioner William Barron
Commissioner steve stanley
Sheriff Don Bell
Under sheriff Ben Woods
Judge Deborah Kim christopher
Judge James Manley
Benjamin R. Anciaux
James Lapotka
Steve Eshenbacher
Molly Owen
Robert J. Long
Jail Staff
City of Polson

Defendants

Civil Action No.

Civil Complaint U.S.C 1982

Jury trial Demanded

MAR 03 2022

Clerk, U.S. Courts
District of Montana
Missoula Division

Seth Williams _____ was and is Confined at the Lake County Jail facility, located at 106 4th Ave. East in the City of polson, state of montana, From, Date ( _____ to present.

Mayor
Defendant Paul Briney, is a was at all relevant times here in Mayor of City of polson.

• Defendant Commissioner William Barron, was at all times relevant here in the Commissioner Of Adult Services for the City of polson, with the respondsibility For operating and maintaining detention Penal and Corrective institutions with the City of Polson Including the County Jail.

• Defendant Commissioner Gale Decker was at all times relevant here in the Commissioner of adult Services for the City of polson with the respondsibility for operating and maintaining detention Penal

and Corrective institutions within the City of polson including the County Jail.

• Defendant Commissioner Steve Stanley was at all relevant times here in the commissioner of adult services for City of polson with the responsibility for operating and maintaining detention Penal and Corrective institutions within the City of polson including the County Jail.

• Defendant Don Bell is and was at all relevant times here in the Sheriff Superintendant of the County Jail for the City of polson as sheriff of the County Jail. Defendant Don Bell manages its day to day operations and executes it's policies.

• Defendant Undersheriff Ben Woods is and was at all relevant times here in the Undersheriff Superintendant of the county Jail for the city of polson, as undersheriff of the county Jail. Defendant Ben Woods manages its day to day operations and executes it's policies.

• Defendant Judge Deborah kim Christopher, and as an individual is and was at all relevant times here in an employee of the county.

• Defendant Judge James manley, and as an individual is and was at all relevant time here in an employee of the county.

• Defendant Deputy County Attorney for Lake County and as an individual is and was at all time relevant here in an employee of the County (Defendant Benjamin R. Anciaux)

• Defendant Deputy County Attorney James Lapotka and as an individual is and was at all time relevant here in an employee of the County.

• Defendant Deputy County Attorney Steven EshenBacher and as an individual is and was at all times relevant here in an employee of the County.

• Defendant Jail Staff, is and was at all relevant times here, in employee of the County Jail.

• Defendant City of polson is and was at all relevant time here in municipal Corporation of the State of Montana.

This action arises under and is brought pursuant to 42 U.S.C. Section 1983 To remedy the derrivaition under Color of state Law, of rights guaranteed by the eighth and fourteenth ammendments to the United State Constitution. This Cort has jurisdiction over this action persuant to 28 U.S.C Section 1331 and 1343. Plaitiffs Claims for injustice releif are authorized by rule 65 of Federal Rules of the civil procedure. This cause of action

arose in the district of montan, missoula division, there for venue
is proper under 28 U.S.C Section 1391(B.)

plaintiff has no other lawsuits dealing withe the same facts
involved in this action or otherwise relating to their imprisonment

The plaintiff has exhausted all available administrative remedies within
the Lake county Jail. Grievances have been filed on several
occasion most have not been resolved to, anything having to do withe
previous suits have not Been addressed.

At all relevant times here in defendants were "persons" for the
purpose of 42 U.S.C Section 1983 and acted under Color of Law
to deprive to plaintiff of his/her Constitutional Rights.

A civil claim was filed against Lake County in 1995 By, Harry
Lozeau, Douglas Matt, Angela Hawkins, Reynolds Thompson, and
Wayne Brown. An order and judgement was issued on Oct, 11
1996, upon joint request of the parties for the Approval
and entry of a Consent decree in the following form.
Having reviewed the parties agreement and finding that it
represents a fair and reasonable resolution of the issues
pending among them, here by approves the followin Consent decree
order and judgement and directs the entry there of a follows

"This Consent decree shall be on going in nature and continue in full force and effect to legally bind the parties from the date it is approved by the Court regardless of whether any of the named plaintiffs resides in the detention Center at any given time. All future and Current inmates of the detention Center are intended beneficiaries of this consent decree, with full rights to petition to enforce its terms in entering into this decree acknowledge that they have carefully Considered

(A.) The Cost of implementing this decree and (B.) The anticipate needs of Lake County in the future for Jail space.

A contempt was filed against the Lake County Jail in 97' and in 99' for not Complying with the consent and decree.

Todays date is Feb, 23, 2022 Lake County has still failed to improve the Condition of the facility, In 1999 in an Attempt to remedy problems, and despite budgetary Cuts, the Jail Budget "went way up" from $310,000$^{00}$ to $538,000$^{00}$ a Conservative estimate is $12,766,000$^{00}$ has been given to Lake County Jail to improve the Jail Facility, Where has that money Been spent? in Certainly hasn't been on The Jail, the Jail looks alot worse now then it did in 1996. we still are dealing with,

1.) Inadequate rights to practice religion

2.) Inadequate Medical care

3.) Inadequate Access to Law Library

4.) Inadequate representation by public defenders

5.) Inadequate housing and over crowding

6.) Inadequate fire Safety equipment and posted routes.
Relief.

The plaintiff prays for relief for monetary damages, compensatory damages, on the ammount of $1,500$^{00}$ for everday spent in Lake county Jail and punitive damages in the ammount of $1,500,000$^{00}$ (one million, five hundred Thousand dollars) Dated the 23rd day of Feb, 2022 also independant audit, health inspector, and be provided housing, healthcare, recreation, access to religous services, fire Safety measures, legal Law Library, That is Adequate and up to Montana Jail Standards.    X. Seth William

X.

United States district Court district of mont. missoula div.

Seth Williams
_____
    V.        Plaintiff
mayor Paul Briney
commissioner Gale Decker
commissioner William Barron
Commissioner Steve Stanley
sheriff Don Bell
undersheriff Ben Woods
Judge Deborah Kim Chistopher
Judge James manley
Benjamin A. Anciaux
James Lapotka
Steven Eshenbacher
molly ouens
Robert J. Long
Jail staff
city of polson
_____

        Defendants

| | |
|---|---|
| | Certificat of Service |

This is to hereby Certify that a true and correct Copy of this civil complaint under U.S.C. 1983 was served to the Following individuals. Dated this 23rd Day of Feb, 2022, By USPS mail

X. Seth Williams

X. _____